IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02311-EWN-CBS

LINDA M. PIERCY,

    Plaintiff,

v.

TERRY MAKETA, as Sheriff of El Paso County Sheriff's Office,
EL PASO COUNTY SHERIFF'S OFFICE and
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

The parties' "Stipulated Motion to Vacate Hearing" (Docket No. 89), filed October 18, 2005, is GRANTED. The hearing presently scheduled for Friday, November 4, 2005 at 11:00 o'clock a.m. is VACATED. Based upon the parties' representation in their Stipulated Motion to Vacate Hearing that this case is now on appeal, Plaintiff's "Motion for Reconsideration of Order Granting Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment" (Docket No. 81), filed on April 12, 2005, is DENIED as moot.

Dated: October 31, 2005