**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 03-cv-02311-EWN-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 16, 2007** | **Courtroom Deputy:** Ben Van Dyke |

LINDA M. PIERCY,   Stefan Kazmierski, via telephone

   **Plaintiff,**

   v.

EL PASO COUNTY SHERIFFS OFFICE, *et al.,*   Jessica K. Muzzio, via telephone

   **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:     9:15 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   The Motion to Require and Expedite Responses to Discovery [filed October 4, 2008; doc. 104] is granted in part and denied in part for the reasons stated on the record.

**ORDERED:**   Defendants shall produce documents responsive to plaintiff's second set of requests for production of documents numbers four and five by October 30, 2007.

HEARING CONCLUDED.

**Court in Recess:     9:45 a.m.**
Total In-Court Time:     00:30