IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  　　　　　　　　　Date: July 25, 2008
Therese Lindblom, Court Reporter

Civil Action No. 03–cv–02311–EWN–CBS

| *Parties:* | *Counsel:* |
|---|---|
| LINDA M. PIERCY, | Stefan Kazmierski |
| 　　　　Plaintiff, | |
| v. | |
| TERRY MAKETA, as Sheriff of El Paso County Sheriff's Office, EL PASO COUNTY SHERIFF'S OFFICE and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO, | Jessica Muzzio and Gordon Vaughan |
| 　　　　Defendants. | |

## COURTROOM MINUTES

**Final Pretrial Conference**

**3:13 p.m.**　　Court in session.

Court calls case and appearances.

**ORDERED: 1.　　Defendants' Motion to Alter or Amend the Judgment Pursuant to Rule 59(e) (#122, filed July 14, 2008) is DENIED.**

Discussion regarding issues remaining to be tried before a jury.

Discussion regarding proposed Final Pretrial Order filed July 18, 2008.

Counsel are directed to contact Magistrate Judge Shaffer's chamber regarding a settlement conference.

**ORDERED: 2.     Counsel shall resubmit proposed Final Pretrial Order narrowing issues as discussed in open court today by Tuesday, July 29, 2008.**

Four-day trial to jury is set for September 29, 2008.

Trial Preparation Conference is set for September 19, at 3:45 p.m.

**3:31 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:18