IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cv-02311-EWN-CBS

LINDA M. PIERCY,

　　　Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,

　　　Defendant.
_____

## ORDER OF DISMISSAL, WITH PREJUDICE
_____

　　　THE COURT, having reviewed the parties' Stipulated Motion to Dismiss (Docket No. 133), having reviewed the file, and being fully advised,

　　　DOES HEREBY ORDER that this matter be dismissed, with prejudice, with each party to pay its own costs and fees.

　　　Thus done and signed this 11th day of September, 2008.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　s/ Edward W. Nottingham
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE